**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| MELVIN D. MIMS, JR., | ) |
| | ) |
|     Movant, | ) |
| | ) |
| v. | )    No. 4:22-cv-00640-RWS |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
|     Respondent. | ) |

**MEMORANDUM AND ORDER**

This matter comes before the Court on its own motion. On June 13, 2022, movant Melvin D. Mims, Jr. submitted a motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255. (Docket No. 1). The motion is not on a Court-provided form, as required. *See* E.D. Mo. L.R. 2.06(A) ("All actions brought by self-represented plaintiffs or petitioners should be filed on Court-provided forms"). Therefore, the Court will direct the Clerk of Court to send to movant a copy of the Court's 28 U.S.C. § 2255 form. Movant will be given thirty days to file an amended motion on the Court-provided form. Failure to comply will result in the dismissal of this action without further notice.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall send to movant a copy of the Court's 28 U.S.C. § 2255 form.

**IT IS FURTHER ORDERED** that movant shall file an amended 28 U.S.C. § 2255 motion on the Court-provided form within **thirty (30) days** of the date of this order.

**IT IS FURTHER ORDERED** that if movant fails to file an amended 28 U.S.C. § 2255 motion on the Court-provided form within **thirty (30) days** of the date of this order, the Court will dismiss this action without further notice.

Dated this 20th day of July, 2022.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE